Michael J. Hanson
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone: (907) 258-8864
Fax: (907) 258-8865
E-Mail: mjh@chklaw.net

Attorneys for Defendant Allstate Fire and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MEADOW M. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ,<br><br>    Defendant. | Case No.: **4:22-cv-00006-JMK** |

## NOTICE OF REMOVAL

Defendant/removing party Allstate Fire and Casualty Insurance Company, through counsel, Call & Hanson, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446-48, hereby files its Notice of Removal of the above-entitled action.

    1.    On or about January 10, 2022, plaintiff commenced the above-entitled action against Defendant Allstate Fire and Casualty Insurance Company in the Superior Court for the State of Alaska, Fourth Judicial

District at Fairbanks, Case Number 4FA-22-01059CI. Plaintiff served the Director of Insurance on February 7, 2022.

2. Pursuant to 28 U.S.C. § 1441(a), a defendant may remove to Federal District Court "any civil action brought in State Court of which District Courts of the United States have original jurisdiction . . .."

3. Pursuant to 28 U.S.C. § 1332(a)(1), Federal District Courts "have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

4. A corporation is deemed to be a citizen of the state where it is incorporated or where it has its principal place of business. 28 U.S.C. §1332(c)(1). Defendant Allstate Fire and Casualty Insurance Company is incorporated in the State of Delaware and its principal place of business is in the State of Illinois.

5. Plaintiff is a citizen of the State of Alaska residing in the Fourth Judicial District at Fairbanks.

6. The amount in controversy in the above-entitled action, exclusive of costs and interest, is $100,000.00, because that is the amount of available medical payment insurance coverage under the terms of the policy. The Superior Court has jurisdiction Declaratory Judgment Actions and plaintiff has requested payment of past and future medical billings up to the $100,000.00 policy limits of her father's medical payment coverage under the Allstate Fire and Casualty Insurance Company policy.

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

7. Because there is complete diversity between plaintiff and defendant and the amount in controversy is $100,000.00, original jurisdiction exists in this court. Therefore, removal is proper.

8. Electronic copies of relevant process, pleadings and orders in the State Court are filed herewith pursuant to 28 U.S.C. 1446(a) and Local Rule 5.3.

9. A Notice of Filing Removal of a Civil Action, together with a copy of this Notice, are being filed with the State court where the action is pending.

WHEREFORE, defendant/removing party respectfully requests that this action be removed from the Superior Court for the State of Alaska to the United States District Court for the District of Alaska.

CALL & HANSON, P.C.
Attorneys for Defendant Allstate Fire
and Casualty Insuaance Company

Dated: March 4, 2022   By:   s/Michael J. Hanson
                              Michael J. Hanson
                              413 G Street
                              Anchorage, AK 99501-2126
                              Phone: (907) 258-8864
                              Fax: (907) 258-8865
                              E-mail: mjh@chklaw.net
                              ABA No.: 8611115

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of March, 2022, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

Ward M. Merdes
Merdes Law Office, P.C.
P.O. Box 71309
Fairbanks, AK 99707

s/Michael J. Hanson

**CALL & HANSON, P.C.**
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

NOTICE OF REMOVAL
*Williams v. Allstate,* Case No. _____
Page 4 of 4

Case 4:22-cv-00006-JMK    Document 1    Filed 03/04/22    Page 4 of 4