# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| MEADOW M. WILLIAMS<br>*Plaintiff*<br>v.<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:22-cv-00006-JMK |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT plaintiff, Meadow M. Williams, recover nothing of defendant, Allstate Fire and Casualty Insurance Company, and the action be dismissed on the merits.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: December 13, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*